IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | |
| SPIRO KASSIS | : | No. 19-449 |

## ORDER

**AND NOW**, this 17th day of February, 2021, upon consideration of Spiro Kassis's Motion for Compassionate Release (Doc. No. 28), the Government's Response in Opposition (Doc. No. 30), and Mr. Kassis's Reply in Support of His Motion (Doc. No. 33), it is hereby **ORDERED** that Mr. Kassis's Motion (Doc. No. 28) is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1