IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| SPIRO KASSIS | : | No. 19-449 |

## ORDER

AND NOW, this 30th day of July, 2021, upon consideration of Spiro Kassis's *Pro Se* Emergency Motion for Reduction of Sentence and Compassionate Release to Home Confinement[1] (Doc. No. 37) and the Government's Response in Opposition (Doc. No. 39), it is **ORDERED** that Mr. Kassis's Motion (Doc. No. 37) is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] As explained in the accompanying Memorandum, the Court construes Mr. Kassis's Motion (Doc. No. 37) as a motion for reconsideration of the Court's February 17, 2021 Memorandum and Order.

1